## Samuel T. Atkins, Plaintiff in Error, v. John W. Vreeland, Defendant in Error.

### Gen. No. 16,197.

VERDICTS—*when not disturbed as against the evidence.* A verdict will not be set aside as against the evidence unless clearly and manifestly so.

Error to the Municipal Court of Chicago; the HON. MICHAEL F. GIRTEN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1910. Reversed and remanded. Opinion filed May 21, 1912.

MICHAEL P. MORRISEY, for plaintiff in error.

No appearance for defendant in error.

MR. JUSTICE CLARK delivered the opinion of the court.

Judgment for costs was entered in this case in favor of the defendant in error, the suit being one of forcible detainer. The defendant in error has not entered his appearance in this court, and we are in-

formed by the plaintiff in error that the plaintiff in error has for some time been in possession of the premises.

The only practical question involved, therefore, is the matter of costs. The principal point presented in the brief of the plaintiff in error is that the verdict was against the manifest weight of the evidence. We have examined the record with care, and have come to the conclusion that such is a fact and that a new trial should have been granted for that reason.

The judgment therefore is reversed and the cause remanded.

*Reversed and remanded.*